UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NO. 13-CR-20314

HON. DENISE PAGE HOOD

ROBBY NAKIA HARRIS,
a/k/a ROBERT NAKIA HARRIS

    Defendant.
_____/

## GOVERNMENT'S PROPOSED TRIAL EXHIBIT/EVIDENCE LIST

The United States of America hereby submits the following list of exhibits/evidence the government intends to introduce as evidence at trial:

| Exhibit No. | Description |
| --- | --- |
| 1. | Letter from Defendant to Candice Miller |
| 1a. | Scanned copy of letter |
| 2. | Translation of Letter from Defendant to Candice Miller |
| 3. | Cynthia Hiller, Love Letter #1 |
| 4. | Cynthia Hiller, Love Letter #2 |
| 5. | Letter from Defendant to RBA Ministries |
| 6. | Letter from RBC Ministries to Cynthia Miller 5/8/2013 |

| | |
|---|---|
| 7. | Letter from Cynthia Miller to RBC Ministries |
| 8. | Letter from RBC Ministries to Cynthia Miller 6/7/2013 |
| 9. | Letter from Defendant to Kermit Williams |
| 9a. | Scanned copy of letter |
| 10. | Letter from Defendant to Donald Watkins |
| 10a. | Scanned copy of letter |
| 11. | Lab Report From MSP – Jodi Corsi, Forensic Scientist |
| 12. | Lab Report from MSP – Andrea Halvorson Young |
| 13. | Letter from Defendant to Kennedy Jr. High |
| 13a. | Scanned copy of letter |
| 14. | Lab Report from MSP – Karen Dutcher, Latent Prints |
| 15. | Envelopes recovered from Defendant's bedroom during execution of search warrant |
| 16. | Stamps recovered from Defendant's bedroom during execution of search warrant |
| 17. | Notepad recovered from Defendant's bedroom during execution of search warrant |
| 18. | Stipulation and Agreement Regarding Applicability of Title 18, United States Code, Section 1114 |

        Respectfully submitted,

        BARBARA L. McQUADE
        United States Attorney

        *s/SUSAN E. GILLOOLY*
        SUSAN E. GILLOOLY
        Assistant U.S. Attorney
        Deputy Chief, General Crimes Unit
        211 W. Fort Street
        Suite 2001
        Detroit, MI 48226
        (313) 226-9577

Date: October 28, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Jonathan Epstein, Esq.

        s/Susan E. Gillooly
        Susan E. Gillooly
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI   48226
        Phone:   (313) 226-9577
        E-mail: susan.gillooly@usdoj.gov
        P41908