UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**United States of America,**

      **Plaintiff,**

                                    Case No. 13-20314

**v.**

                                    **HONORABLE DENISE PAGE HOOD**
                                    **UNITED STATES DISTRICT JUDGE**

**Robby Nakia Harris,**

      **Defendant.**

_____/

## ORDER FOR LUNCHEON FOR JURORS

    IT IS ORDERED that the twelve (12) jurors in the above case, be furnished their luncheon at the expense of the United States for October 31, 2013.


                                    S/Denise Page Hood
                                    Denise Page Hood
                                    United States District Judge

Dated: October 31, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2013, by electronic and/or ordinary mail.

                                    S/LaShawn R. Saulsberry
                                    Case Manager